UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOHNNY LEROY STANLEY,

    Plaintiff,                                    Case No. 2:15-cv-87

v.                                                  HON. ROBERT HOLMES BELL

KATHY OLSEN, et al.,

    Defendants.
_____/

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On November 23, 2015, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") (ECF No. 21) recommending that Plaintiff's motion for a preliminary injunction (ECF No. 3) be denied. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's November 23, 2015, R&R (ECF No. 21) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for a preliminary injunction (ECF No. 3) is **DENIED.**

Dated: December 23, 2015                          /s/ Robert Holmes Bell
                                                                                              ROBERT HOLMES BELL
                                                                                               UNITED STATES DISTRICT JUDGE